1  BENJAMIN B. WAGNER
   United States Attorney
2  Jason Hitt
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:14-MJ-0169 DAD

12 |                         Plaintiff, | STIPULATION AND [PROPOSED] ORDER
                                        | CONTINUING PRELIMINARY HEARING AND
13 |              v.                    | EXCLUDING TIME

14 | KAYODE GANSAH,

15 |                         Defendants.

16

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt,

18  counsel for the plaintiff United States of America, and defendant Kayode GANSAH, by and through his

19  counsel William Bonham, Esq., that good cause exists to extend the preliminary hearing currently set for

20  October 7, 2014, at 2:00 p.m. to October 14, 2014, pursuant to Rule 5.1(d) of the Federal Rule of

21  Criminal Procedure

22       Good cause exists to extend the time for the preliminary hearing within meaning of Rule 5.1(d)

23  because the defendant must review the initial production of discovery. Counsel for the defendant will be

24  unavailable before October 14, 2014, and government counsel requested to move the preliminary

25  hearing date from October 7, 2014, based upon scheduling conflicts. For these reasons, the defendant

26  agrees that a continuance of the preliminary hearing date will not prejudice him.

27       The parties further stipulate that the ends of justice are served by the Court excluding time from

28  October 7, 2014, to October 14, 2013, so that counsel for the defendant may have reasonable time

       STIPULATION AND [PROPOSED] ORDER CONTINUING          1
       PRELIMINARY HEARING AND EXCLUDING TIME

necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the defense agrees that it needs time to review discovery and effectively evaluate the posture of the case, and conduct investigation into any possible defenses he may have to the charges. Id. For these reasons, the defendant, defense counsel, and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Local Code T4.

DATED: October 3, 2014              /s/Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED: October 3, 2014              /s/Jason Hitt for Mr. Bonham
                                    WILLIAM BONHAM, ESQ.
                                    Counsel for defendant
                                    KAYODE GANSAH
                                    Authorized to sign for Mr. Bonham
                                    on 10-02-14

**O R D E R**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. Gansah</u>, Case No. 2:14-MJ-00169 DAD, from October 7, 2014, to October 14, 2014, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded up to and including October 14, 2014.

**IT IS SO ORDERED.**

DATE: October 3, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE